No. 91–1904. FINZ *v.* SCHLESINGER ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1906. FERRELLGAS, INC. *v.* ASHWAY. C. A. 9th Cir. Certiorari denied.

No. 91–1907. RABIDA *v.* VAN ORDEN ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 91–1908. CRANDON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–1909. MAGUIRE ET AL. *v.* THOMPSON, ACTING DIRECTOR, ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1910. BYKOWICZ ET AL. *v.* ICM MORTGAGE CORP. C. A. 5th Cir. Certiorari denied.

No. 91–1911. MOBILE MEDEX, INC. *v.* NEW JERSEY DEPARTMENT OF LABOR. Sup. Ct. N. J. Certiorari denied.

No. 91–1912. POWERS, INDIVIDUALLY AND AS EXECUTOR OF POWERS, DECEASED, ET AL. *v.* KING COTTON, LTD. Sup. Ct. Ga. Certiorari denied.

No. 91–1915. STEINGOLD *v.* STEINGOLD. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 91–1916. WESTERN SHOSHONE NATIONAL COUNCIL ET AL. *v.* MOLINI, DIRECTOR, NEVADA DEPARTMENT OF WILDLIFE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1918. COLES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–1919. SOWERS *v.* FEDERAL EXPRESS CORP. C. A. 9th Cir. Certiorari denied.